```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GUILLERMO ESTEVEZ,

                              **Plaintiff,**              21-CV-00347 (KPF)(VF)

             -against-                            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On April 30, 2022, this case was reassigned to me for Social Security. On May 3, 2022, Plaintff Guillermo Estevez submitted a letter (ECF No. 23) to the Court requesting an extension of time for filing his opposition in response to Defendant's Motion for Judgment on the Pleadings (ECF Nos. 18-19). Plaintiff is ordered to file this opposition no later than **Monday, June 6, 2022.**

SO ORDERED.

DATED:    New York, New York
                May 5, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge