UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUILLERMO ESTEVEZ,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | 21 Civ. 347 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Complaint in this case was filed on January 13, 2021. (Dkt. #2). On December 1, 2021, the Commissioner filed a motion for judgment on the pleadings. (Dkt. #18-19). Despite receiving two extensions (Dkt. #21, 24), Plaintiff has neither opposed the Commissioner's motion nor filed a cross-motion for judgment on the pleadings. Accordingly, the Court considers there to be a single motion for judgment on the pleadings in this matter, which Plaintiff has not opposed. The Court will resolve that motion in due course. The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the address reflected on the docket.

SO ORDERED.

Dated:  July 19, 2022
        New York, New York

                                        *Katherine Polk Failla*
                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge