**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GUILLERMO ESTEVEZ,

                Plaintiff,                21 **CIVIL** 347 (KPF)

    -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 2, 2022, the Court has reviewed the Report for clear error and has found none. To the contrary, the Court agrees with Judge Figueredo's well-reasoned Report and it has adopted its reasoning by reference. The Commissioner's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 6, 2022

                                                    **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                            **BY:**      *K. Mango*
                                                              **Deputy Clerk**